**RECEIVED**

SEP 25 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 1:19-cr-034 |
| ) | |
| v. ) | **SUPERSEDING INDICTMENT** |
| ) | |
| WALTER GREENWOOD STOKES, and, ) | T. 18, U.S.C. §§ 922(g)(1),(3) |
| BRITTANY LEAH LYNNE STOKES, ) | T. 18, U.S.C. §§ 922(a)(b), 922(d) |
| ) | T. 18, U.S.C. §§ 924(a)(2),924(d) |
| Defendants. ) | T. 28, U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

On or about May 1, 2019, in the Southern District of Iowa, the Defendants, WALTER GREENWOOD STOKES and BRITTANY LEAH LYNNE STOKES, in and affecting commerce, knowingly possessed a firearm and ammunition, namely, one or more of the following:

1) Molot-Oruzhie, Model: VEPR-12, 12 gauge shotgun, SN: 16VAP3249;

2) Romarm-Cugir, Model: WARS-10, .7.62 caliber, SN: AL47910-15;

3) C.A.I., Model: AK-63D, 7.62 caliber, SN: 63D-PM04160;

4) Zastava, Model: N-PAP DF, 7.62 caliber, SN: NPDF 008404;

5) China Jing AN, Model: SKS, 7.62 caliber, SN: 11497174

6) Smith &Wesson, Model: M/P 15, .223 caliber, SN: TF00011

7) C.A.I., Model: C308 Sporter, 308 caliber, SN: C308E13117;

8) Yugoslavia 59/66, Model: SKS, 7.62 caliber, SN:683951;

9) Hawk Industries, Model: H/R Pardnor pump, SN:N2700264;

10) Remington Arms, Model: 870, 20 gauge shotgun, SN: RS043693;

11) Russia, Model: SKS, 7.62 caliber, SN:CCCP11308;

12) Mosin Nagant, Model: 1938, 7.62 caliber, SN: SO1403;

13) Heritage, Model: Rough Rider, 22 caliber, SN:C20861;

14) Savage, Model: 1905, 32 caliber, SN: 51192;

15) High Standard (J.C.Higgins), Model: 200, 20 Gauge shotgun, SN: none;

16) Mauser, Model: M98, 7.62 caliber, SN:G171;

17) Rohm, Model: High Noon, 22 caliber, SN:6179;

18) High Standard (J.C.Higgins), Model: 200, 20 gauge shotgun, SN: none;

19) Romania, Model: TIC, 7.62 caliber, SN: AE750 1953;

20) Mosin-Nagant, Model:M44, 7.62 caliber, SN:1G5021;

21) Anderson, Model: AM-15, multiple caliber, SN: 18165552;

22) Palmetto State Armory, Model: PA-15, 5.56 caliber, SN:LN265713;

23) Anderson Mfg., Model: AM-15, 5.56 caliber, SN:18248064;

24) Romarm/Cugir, Model: WASR-10/63KR, 7.62 caliber, SN:AF-3338-81;

25) Anderson Mfg., Model:AM-15, multiple caliber, SN:18165552;

26) Harrington & Richardson, Model: 925, .38 caliber, SN:80332;

27) Noble Mfg., Model 60, 12 gauge shotgun, SN:16G16P; and,

28) 13,633 assorted caliber ammunition.

At the time of the offense, WALTER GREENWOOD STOKES the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was a user of and addicted to a controlled substance and BRITTANY LEAH LYNNE STOKES knew she was a user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1),(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(False Statement During Purchase of a Firearm)**

That on or about March 2, 2019, in the Southern District of Iowa, the defendant, BRITTANY LEAH LYNNE STOKES, in connection with the acquisition of a firearm, that is, two Anderson Manufacturing semi-automatic receivers, Model AM15, serial numbers 18248064 and 18248081, from Bear Arms, LLC of Council Bluffs, Iowa, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Bear Arms, LLC as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, that the defendant answered No to question 11(e); "Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, narcotic drug, and any other controlled substance?" when in fact, the defendant was addicted to and a user of, marijuana, a Schedule I controlled substance.

This is a violation of Title 18, United States Code, 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Sale or Transfer of a Firearm to a Prohibited Person)**

That on or between March 2, 2019 and May 1, 2019, in the Southern District of Iowa, the defendant, BRITTANY LEAH LYNNE STOKES, knowingly sold and otherwise disposed of a firearm to WALTER GREENWOOD STOKES, knowing or having reasonable cause to believe that WALTER GREENWOOD STOKES, had been convicted of a crime punishable by imprisonment for a term exceeding one year and was then an unlawful user of and addicted to a controlled substance as defined in Title 21 United States Code, Section 802, said firearm being

3

two Anderson Manufacturing semi-automatic receivers, Model AM15, serial numbers 18248064 and 18248081.

This is a violation of Title 18, United States Code, Sections 922(d), 924(a)(2).

**THE GRAND JURY FINDS:**

**Notice of Forfeiture**

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense in Count 1 of this Indictment.

**TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _/s/ Richard E. Rothrock_
Richard E. Rothrock
Assistant United States Attorney